No. 1014. LUSK ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Isidore H. Wachtel* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.

No. 1015. R. C. OWEN CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *William Waller* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *I., Henry Kutz* for respondent.

No. 1017. IRWIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph M. Cohen* and *Louis W. Bookheim, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1018. HOBBS *v.* LANE, WARDEN. Sup. Ct. Ind. Certiorari denied. *Robert C. Probst* for petitioner.

No. 1020. W. W. I. Z., INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. *Carl L. Shipley* for petitioners. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Milton J. Grossman, Henry Geller, John H. Conlin* and *Lenore G. Ehrig* for respondent Federal Communications Commission.

No. 1037. FLEMING *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.